# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
## RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH**

State File Number: 3052017140468
Local Registration Number: 3201733008326

| Field | Value |
|---|---|
| Name of Decedent – First | ANGEL |
| Middle | |
| Last | CORTINA |
| Date of Birth | 05/05/1970 |
| Age | 47 |
| Sex | M |
| Birth State/Foreign Country | CA |
| Social Security Number | 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 |
| Ever in U.S. Armed Forces | No |
| Marital Status | MARRIED |
| Date of Death | 07/08/2017 |
| Hour | 1453 |
| Education | GED |
| Hispanic | Mexican American |
| Race | Caucasian |
| Usual Occupation | LABORER |
| Kind of Business/Industry | CONSTRUCTION |
| Years in Occupation | 10 |
| Decedent's Residence | 49121 RIO RANCHO COURT |
| City | COACHELLA |
| County | RIVERSIDE |
| Zip Code | 92236 |
| Years in County | 47 |
| State/Foreign Country | CA |
| Informant's Name, Relationship | CONNIE CORTINA, WIFE |
| Informant's Mailing Address | 65596 CAHUILLA AVE, DESERT HOT SPRINGS, CA 92240 |
| Name of Surviving Spouse – First | CONNIE |
| Last (Birth Name) | HERNANDEZ |
| Name of Father – First | SABINO |
| Last | CORTINA |
| Birth State | CA |
| Name of Mother – First | ELLEN |
| Last (Birth Name) | MASCORRO |
| Birth State | CA |
| Disposition Date | 07/13/2017 |
| Place of Final Disposition | COACHELLA VALLEY CEMETERY, 82925 AVENUE 52, COACHELLA, CA 92236 |
| Type of Disposition | BU |
| Signature of Embalmer | MICHAEL WERK |
| License Number | EMB9227 |
| Name of Funeral Establishment | CASILLAS FAMILY FUNERAL HOME |
| License Number | FD1498 |
| Signature of Local Registrar | CAMERON KAISER, MD |
| Date | 07/12/2017 |
| Place of Death | RIVERSIDE COMMUNITY HOSPITAL |
| If Hospital, Specify One | ER/OP |
| County | RIVERSIDE |
| Facility Address | 4445 MAGNOLIA AVENUE |
| City | RIVERSIDE |

**Cause of Death:** PENDING

Death Reported to Coroner: YES — 2017-07815
Biopsy Performed: NO
Autopsy Performed: YES
Used in Determining Cause: YES

Manner of Death: Pending Investigation

Signature of Coroner / Deputy Coroner: KIRSTEN RAMIREZ
Date: 07/12/2017
Type Name, Title: KIRSTEN RAMIREZ, DEPUTY CORONER

---

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } SS

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

DATE ISSUED: Jul 31, 2017

Dr. Cameron Kaiser, M.D.; County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

*001526753*



This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**