TRUJILLO & TRUJILLO, APLC
Robert Trujillo, Esq. (CA SBN 148975)
Melody Trujillo, Esq. (CA SBN 165218)
41593 Winchester Road, Suite 201
Temecula, CA 92590
Tel: 951-296-9529
Email: trulaw@trujillo-law.us

Robert P. Karwin, Esq. (CA SBN 190573)
The Law Offices of Robert P. Karwin
29800 Bradley Rd., #103
Menifee, CA 92586
Tel: (951) 246-4514
Email: rkarwin@karwinlaw.com

Attorneys for Plaintiffs Connie M. Hernandez-Cortina
And Angelica Elaine Cortina, individually and as
successors-in-interest to Estate of Angel Cortina

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE M. HERNANDEZ-CORTINA, individually and as successor-in-interest to Estate of Angel Cortina, (Deceased); ANGELICA ELAINE CORTINA, an individual.<br><br>Plaintiffs,<br>v.<br>COUNTY OF RIVERSIDE; Corrections Deputy J. Jimenez Corrections Deputy Sandoval; Deputy Sheriff A. Miller, Deputy Sheriff Kirk, Deputy Sheriff Bond, Deputy Sheriff Creiglow, Deputy Sheriff D. Rozich, Nurse Morelock and Nurse Barron and DOES 1-100, | Case No. 5:18-cv-1579 DDP (SPx)<br><br>**AMENDED DECLARATION OF CONNIE M. HERNANDEZ-CORTINA** |

1
AMENDED DECLARATION OF CONNIE M. HERNANDEZ-CORTINA – 5:18-cv-1579 DDP (SPx)

      Defendants.    )

In compliance with California Code of Civil Procedure §377.32, Plaintiff Connie M. Hernandez-Cortina hereby declares as follows:

1. That I am the wife of decedent Angel Cortina.
2. That my husband, Angel Cortina, died on July 8, 2017, following an incident while he was in the custody of the Riverside County Sheriff's Department. Following the incident, my husband was ultimately transported to Riverside Community Hospital located at 4445 Magnolia Ave in Riverside, California where he was pronounced deceased.
3. That no proceeding is now pending in California for administration of the estate of my husband, Angel Cortina.
4. That my husband Angel Cortina, did not leave a will at the time of his death.
5. That I am one of the successors-in-interest (as defined in Section 377.11 of the California Code of Civil Procedure) and I succeed to Angel Cortina's interest in the civil rights action/ proceeding previously filed.
6. At the time of signing of my prior declaration, I was unaware whether Angelica Elaine Cortina wad the biological child of Angel Cortina. I later received confirmation that she was, in fact, a biological child. I now present this amended declaration to recognize this additional successor in interest.
7. I am authorized by the other successor in interest to Angel Cortina, to act on their behalf in the above-entitled proceeding.
8. That no other person, other than myself and Angelica Elaine Cortina, has a superior right to commence the civil rights action/proceeding or to be substituted for Angel Cortina in this action/ proceeding.

9. Attached hereto as <u>Exhibit 1</u> is a certified copy of the death certificate of my husband, Angel Cortina.

I declare the foregoing to be true and correct under penalty of perjury pursuant to the laws of the State of California.

Executed this 24th day of July, 2019 at Temecula, California.

*[signature]*

Connie M. Hernandez-Cortina

# EXHIBIT 1

TO AMENDED DECLARATION OF CONNIE M. HERNANDEZ-CORTINA

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH**

State File Number: 3052017140468
Local Registration Number: 3201733008326

| Field | Value |
|---|---|
| 1. Name of Decedent – First | ANGEL |
| 3. Last | CORTINA |
| 4. Date of Birth | 1970 |
| 5. Age | 47 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | CA |
| 11. Ever in US Armed Forces | No |
| 12. Marital Status | MARRIED |
| 7. Date of Death | 07/08/2017 |
| 8. Hour | 1453 |
| Education | GED |
| Race | MEXICAN AMERICAN / CAUCASIAN |
| 17. Usual Occupation | LABORER |
| 18. Kind of Business | CONSTRUCTION |
| 19. Years in Occupation | 10 |
| 21. City | COACHELLA |
| 22. County | RIVERSIDE |
| 23. Zip | 92236 |
| 24. Years in County | 47 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name / Relationship | CONNIE CORTINA, WIFE |
| Surviving Spouse First | CONNIE |
| Last (Birth Name) | HERNANDEZ |
| Father First | SABINO |
| Last | CORTINA |
| Birth State | CA |
| Mother First | ELLEN |
| Last | MASCORRO |
| Birth State | CA |
| 39. Disposition Date | 07/13/2017 |
| 40. Place of Final Disposition | COACHELLA VALLEY CEMETERY, 82925 AVENUE 52, COACHELLA, CA 92236 |
| Type of Disposition | BU |
| Signature of Embalmer | MICHAEL WERK |
| License Number | EMB8227 |
| Funeral Establishment | CASILLAS FAMILY FUNERAL HOME |
| License Number | FD1498 |
| Signature of Local Registrar | CAMERON KAISER, MD |
| Date | 07/12/2017 |
| Place of Death | RIVERSIDE COMMUNITY HOSPITAL |
| County | RIVERSIDE |
| Facility Address | 4445 MAGNOLIA AVENUE |
| City | RIVERSIDE |
| 107. Cause of Death | PENDING |
| Coroner Case # | 2017-07815 |
| Biopsy Performed | NO |
| Autopsy Performed | YES |
| Used in Determining Cause | YES |

Coroner: **KIRSTEN RAMIREZ**, Deputy Coroner
Date: 07/12/2017

---

### CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } SS

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

DATE ISSUED: Jul 31, 2017

Dr. Cameron Kaiser, M.D., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

*001526753*

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

