JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONNIE M. HERNANDEZ-CORTINA, individually and as successor-in-interest to Estate of Angel Cortina, (Deceased),<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. 5:18-CV-1579-DDP (SPx)<br><br>*[Hon. Dean D. Pregerson, District Judge; Hon. Sheri Pym, Mag. Judge]*<br><br>**ORDER FOR DISMISSAL OF OPERATIVE COMPLAINT**<br><br>Complaint Filed: 07/26/2018<br>FAC Filed: 10/05/2018<br>SAC Filed: 02/14/2019<br>TAC Filed: 04/08/2019<br>Trial Date: 07/06/2021 |

1. The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of their settlement and release agreement hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this entire action, including all claims stated herein against all parties, with each party to bear their own attorney's fees and costs. Nothing in this Stipulation is intended to alter the terms of the parties' settlement and release agreement.

**IT IS SO STIPULATED.**

DATED: May 14, 2021  **TRUJILLO & TRUJILLO, APLC**

By: /s/ Robert Trujillo
Robert Trujillo, Esq.
Melody Trujillo, Esq.
Attorneys for Plaintiffs, Connie M. Hernandez-Cortina and Angelica Elaine Cortina

DATED: May 14, 2021  **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ G. Craig Smith
Eugene P. Ramirez, Esq.
G. Craig Smith, Esq.
Attorneys for Defendants, COUNTY OF RIVERSIDE; Correctional Deputy Joseph Jimenez; Correctional Deputy Julian Sandoval; Correctional Sergeant Adam Miller; Deputy David Kirk; Deputy Katie Bond; Deputy Jeffrey Creiglow; Sergeant Daniel Rozich; Nurse Megan Morelock and Nurse Megan Barron

# ORDER

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

DATED: May 18, 2021

_____
Hon. Dean D. Pregerson
United States District Court